# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNNY M. WARE,<br><br>               Petitioner,<br>v.<br><br>R. MADDEN, Warden,<br><br>               Respondent. | Case No. ED CV 15-00620 ODW (AFM)<br><br>**JUDGMENT** |

    Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

    IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED: 12-22-15

                                              OTIS D. WRIGHT, II
                                      UNITED STATES DISTRICT JUDGE